COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Hira Azhar v. Mohammed Ali Choudhri

Appellate case number:      01-20-00169-CV

Trial court case number:    2015-36895

Trial court:                312th District Court of Harris County

Appellee, Ali Choudhri, acting pro se, has filed two motions to dismiss, one on July 19, 2021, and one on July 21, 2021, based on appellant, Hira Azhar's failure to timely file her appellant's brief. After extensions granted by this Court, Azhar's brief was due to be filed on or before June 24, 2021. On June 28, 2021, the Clerk of this Court notified Azhar that the time for filing her brief had expired, and the failure to file a brief within ten days may result in dismissal of her appeal for want of prosecution. *See* TEX. R. APP. P. 38.6, 42.3.

Also on June 28, 2021, Azhar's counsel filed a "Notice of Intent to File Brief of Appellant," notifying the Court that Azhar's brief would be filed by June 30, 2021. However, no brief was filed. On July 14, 2021, appellant filed a motion for extension of time to file a brief, requesting that the deadline for filing appellant's brief be extended to July 20, 2021, and that "it is not anticipated that further extensions of time will be sought."

On July 19, 2021, Choudhri filed his first motion to dismiss, requesting that we dismiss Azhar's appeal based on her failure to timely file her brief, despite multiple extensions of the deadline. On July 20, 2021, the Court granted Azhar's motion, extending the deadline for filing her brief to July 20, 2021, and notifying her that no further extension would be considered.

Azhar filed her appellant's brief on July 21, 2021. That same day, Choudhri filed his second motion to dismiss, requesting that we dismiss Azhar's appeal based on her failure to file a brief by the extended deadline of July 20, 2021.

We **deny** Choudhri's July 19, 2021 and July 21, 2021 motions to dismiss. **Choudhri's appellee's brief is due to be filed within thirty days of the filing of Azhar's brief**. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
            ☑ Acting individually   ☐ Acting for the Court

Date: ___July 27, 2021_____